UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

**Touchet**　　　　　　　　　　　　　　**Case No. 6:18-Cv-00802**

**versus**　　　　　　　　　　　　　　　**Judge Robert G James**

**U S Commissioner of Social Security**　　**Magistrate Judge Carol B Whitehurst**

**ORDER**

On August 29, 2018, the Court issued a Social Security Scheduling Order in this action. *R. 8*. The Scheduling Order set out the deadline for the Claimant, Kimberly Cashi Touchet, to file her brief—60 days after the Commissioner filed an answer to her Complaint. The Commissioner filed an answer on November 20, 2018, making Touchet's brief due on January 20, 2019. Because Touchet failed to file any brief, on February 14, 2019 the Court set a February 20, 2019 telephone conference on a Rule to Show Cause why Touchet's case should not be dismissed in light of her failure to comply with this Court's Order. *R. 10*.

On February 20, 2019 the Court attempted to contact Touchet at the call-in conference number as well as the number she provided to the Court on the Docket Sheet (337-581-5457). Neither call resulted in Touchet answering.

On February 21, 2019, the Court issued an order stating, "this action will be DISMISSED WITHOUT PREJUDICE in fourteen days unless the Claimant,

Kimberly Cashi Touchet, contacts the Court **and** demonstrates good cause as to why she has not complied with this Court's Orders." To date Claimant Touchet has failed to contact the Court. Accordingly,

    **IT IS ORDERED** that this action is **DISMISSED**.

    **SIGNED** this 18th day of March, 2019.

_____
CAROL B. WHITEHURST
UNITED STATES MAGISTRATE JUDGE