UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

**KIMBERLY CASHI TOUCHET**  **CASE NO. 6:18-CV-00802**

**VERSUS**  **JUDGE ROBERT G. JAMES**

**U.S. COMMISSIONER OF**  **MAGISTRATE JUDGE WHITEHURST**
**SOCIAL SECURITY**

## JUDGMENT

For the reasons provided in the Report and Recommendation issued by the Magistrate Judge [Doc. No. 12; *see also* Doc. No. 13], and noting the absence of objections thereto:

IT IS ORDERED that this action is DISMISSED WITHOUT PREJUDICE.

SIGNED this 9th day of April, 2019.

_____
ROBERT G. JAMES
UNITED STATES DISTRICT JUDGE